BEFORE THE THIRD DIVISION, APRIL 29, 1963

**No. 67648.**—Arista Olive Co. et al. *v.* United States, protests 62/7011, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the collector was directed to reliquidate the entries accordingly.

**No. 67649.**—Hou-Tex Peanut Company, Inc. *v.* United States, protest 269360–KS (Laredo).

Opinion by Donlon, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 1, 1963

**No. 67650.**—John L. Westland & Son, Inc. *v.* United States, protests 62/1092 and 62/1093 (Los Angeles).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of opal glass tiles or tiling, the claim of the plaintiff was sustained.